**No. 39004.**—Protest 885812–G of Arundell Clark, Ltd. (New York).

Opinion by CLINE, J. It was found that each piece of cotton cloth was wrapped in paper upon which appeared the name of the country of origin of the cloth and that they were enclosed in a bale which was not marked. The paper wrappers were found to be the immediate containers of the cotton cloth. Abstracts 31872,

32579, 32564, 32829, 34269, 34320, 33289, 34432, 35199, and *City of Paris Dry Goods Co.* v. *United States* (T. D. 45638) cited. The protest was therefore sustained.